**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**LAW OFFICES OF P. RANDALL NOAH**
P. Randall Noah (State Bar No. 136452)
pnoah@ix.netcom.com
21 Orinda Way, Suite C #316
Orinda, California 94563
Phone: (925) 253-5540
Fax: (925) 253-5542

Attorneys for Plaintiff
DORIS DYE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS DYE,<br><br>     Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>     Defendants. | CASE NO.: 3:16-cv-04810-MEJ<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

1   **IT IS HEREBY STIPULATED** by and between Plaintiff DORIS DYE and LIFE
2   INSURANCE COMPANY OF NORTH AMERICA by and through their counsel of record
3   herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to
4   Rule 41(a) of the Federal Rules of Civil Procedure.
5       The parties shall bear their own respective attorney fees and costs of suit.
6       Counsel for the filing party hereby attests that concurrence in filing of this document has
7   been obtained by each of the other signatories to this document.  The conformed signature
8   herein shall serve in lieu of their original signatures on this document. Upon order of the Court,
9   this filing party shall produce records which support the concurrence of all signatories to this
10  document.

**RIMAC MARTIN, P.C.**

DATED:  November 16, 2016        By:     /s/ Anna M. Martin
                                         ANNA M. MARTIN
                                         Attorneys for Defendant
                                         LIFE INSURANCE COMPANY OF
                                         NORTH AMERICA


DATED:  November 16, 2016        By:     /s/ P. Randall Noah
                                         P. RANDALL NOAH
                                         Attorney for Plaintiff
                                         DORIS DYE

**IT IS SO ORDERED.**

Dated:  December 6, 2016

_____
MARIA-ELENA JAMES
Magistrate Judge

2
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 3:16-cv-04810-MEJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
Case No. 3:16-cv-04810-MEJ